## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CALVIN RAY ALLEN, JR., & LOUISE BAILEY, INDIVIDUALLY**
**AND AS NEXT FRIEND OF CALVIN RAY ALLEN, JR.**               **PLAINTIFFS**

**VS.**                        **CASE NO. 5:03CV00482 JMM**

**ALTHEIMER UNIFIED SCHOOL DISTRICT, ET AL.**               **DEFENDANTS**

## AMENDED ORDER

A pretrial conference is scheduled **Friday, September 26, 2008 at 12:30**., before Judge James M. Moody, Room #4A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas.

IT IS SO ORDERED THIS  22   day of   July  , 2008.

_____
James M. Moody
United States District Judge