IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CALVIN RAY ALLEN, JR
AND LOUISE BAILEY, INDIVIDUALLY AND
AS NEXT FRIEND OF CALVIN RAY ALLEN, JR.                    PLAINTIFF

vs.                           CASE NO. 5:03CV00482 JMM

ALTHEIMER UNIFIED SCHOOL DISTRICT, ET AL.                  DEFENDANTS

## ORDER OF DISMISSAL

Pending before the Court is the parties' Joint Motion for Dismissal of Complaint based upon a settlement which has been reached in this matter. For good cause shown, the Motion is granted (#140).

The complaint and all claims in this action are hereby dismissed with prejudice. The Clerk of the Court is directed to close the case.

The Court retains complete jurisdiction for 90 days to enforce the settlement provision regarding Stephanie Flowers's attorney fees. Should the payment of attorney fees not be concluded within the 90 days, the parties and Ms. Flowers are to notify the Court so that jurisdiction may be extended.

IT IS SO ORDERED this   24   day of   March  , 2009.

_____
James M. Moody
United States District Judge